

Ms. Susan Mitchell						Delivered via Fax and Overnight Mail
Assistant District Attorney
District Attorney of Kings County
Municipal Building
Brooklyn, NY   11201

Re: <u>People v. John Keefe</u>
     Docket Number 96K076487

Dear Susan,

    As I previously informed you, I will be attending the July 23rd court appearance on the above-said matter as it has been marked ready for trial.

    Your office has adjourned this matter on five different trial dates simply because you are not ready. Why is it that the largest law office in the country cannot be ready on a case which only involves three witnesses?

    As you should know, there have been several newspaper articles concerning this case with one appearing in the New York Times, July 16, 1997, with Assemblyman Brennan making reference to his close relationship to your office. Assemblyman Brennan has been claiming that it was through his relationship with Joe Hynes that you adjourned this case until the witness moved to Florida. Assemblyman Brennan is further claiming, as I explained to you at our meeting last week, that a prosecutor in your office, Angelo Morrelli, is up for a judgeship this year and that Brennan's support at the judicial convention is needed to secure that. I would not have believed this if I hadn't heard it myself during John O'Hara's trial before Justice Hall in May that Mr. Morrelli was personally soliciting contributions for a fundraiser Joseph Bova was having the following week. Mr. Morrelli's exact words to the other Assistant District Attorneys in the courthouse hallway were "make sure your checks are in for the Bova Fundraiser. I hope the nomination for my judgeship goes smoothly". This was said in the presence of another witness, and, Joe Bova's campaign committee would also reflect the checks donated by these other prosecutors in your office.

    Furthermore, as I mentioned to you, there is a statute in the New York State Civil Rights Law that makes it a felony to interfere by force with someones' political participation. If Mr. Keefe will not plead guilty to a misdemeanor, than I will be happy to testify before a grand jury on felony charges.

Kindly respond in writing upon receiving this letter. I will be in court on the 23rd of July. Please don't forget to subpoena the witness in Florida and the Hospital records from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I can be reached at work ▓▓▓▓▓▓▓▓ or home ▓▓▓▓▓▓▓▓

Very truly yours,

*Vicki* ▓▓▓▓▓▓▓▓▓▓

Vicki ▓▓▓▓▓▓▓▓

V▓▓▓▓