INDICTMENT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

JOHN K O'HARA
DEFENDANT

INDICTMENT NO. 13525/96
NON-ALIGNED
INVESTIGATION

10-23-96

T11-2

COUNTS

OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE
FALSE REGISTRATION
ILLEGAL VOTING (5 COUNTS)

STATE OF NEW YORK } ss
COUNTY OF KINGS }
WILBUR A. LEVIN, Clerk of the County of Kings and Clerk of the Supreme Court in and for said County (said Court being a Court of Record) DO HEREBY CERTIFY **INDICTMENT** that I have compared the annexed with the original _____ filed in my office on _____ and that the same is a true transcript thereof and of the whole of such original. I have hereunder set my hand and affixed the seal of said County and Court this ___ day of _____ 19__
WILBUR A. LEVIN, Clerk
COUNTY CLERK

A TRUE BILL
_____
FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

A. 3

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF OFFERING A FALSE INSTRUMENT FOR FILING IN THE FIRST DEGREE[ P.L. 175.35] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT NOVEMBER 2, 1992, IN THE COUNTY OF KINGS, OFFERED OR PRESENTED A VOTER REGISTRATION FORM TO THE NEW YORK CITY BOARD OF ELECTIONS KNOWING THAT SAID WRITTEN INSTRUMENT CONTAINED A FALSE STATEMENT OR INFORMATION, AND KNOWING THAT SAID DOCUMENT WOULD BE FILED WITH AND BECOME PART OF THE RECORDS OF THE NEW YORK CITY BOARD OF ELECTIONS.

SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF FALSE REGISTRATION[ (ELECTION LAW 17-104(4))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT NOVEMBER 2, 1992, IN THE COUNTY OF KINGS, WHEN REGISTERING AS AN ELECTOR WITH THE NEW YORK CITY BOARD OF ELECTIONS, DID KNOWINGLY GIVE A FALSE RESIDENCE WITHIN THE 20TH ELECTION DISTRICT IN THE 51ST ASSEMBLY DISTRICT.

A. 4

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ILLEGAL VOTING[ (ELECTION LAW 17-132(3))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT NOVEMBER 3, 1992, IN THE COUNTY OF KINGS, PRESENTED HIMSELF AS AN ELECTOR AND VOTED AT A DULY HELD ELECTION IN THE 20TH ELECTION DISTRICT AND 51ST ASSEMBLY DISTRICT, FROM A PLACE WHERE HE DID NOT RESIDE- TO WIT 553 47TH STREET.

FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ILLEGAL VOTING[ (ELECTION LAW 17-132(3))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT MAY 4, 1993, IN THE COUNTY OF KINGS, PRESENTED HIMSELF AS AN ELECTOR AND VOTED AT A DULY HELD ELECTION IN THE 20TH ELECTION DISTRICT AND 51ST ASSEMBLY DISTRICT, FROM A PLACE WHERE HE DID NOT RESIDE- TO WIT 553 47TH STREET.

FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ILLEGAL VOTING[ (ELECTION LAW 17-132(3))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 14, 1993, IN THE COUNTY OF KINGS, PRESENTED HIMSELF AN AN ELECTOR AND VOTED AT A DULY HELD ELECTION IN THE 20TH ELECTION DISTRICT AND 51ST ASSEMBLY DISTRICT, FROM A PLACE WHERE HE DID NOT RESIDE- TO WIT 553 47TH STREET.

SIXTH COUNT.

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ILLEGAL VOTING [ELECTION LAW 17-132(3))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 28, 1993, IN THE COUNTY OF KINGS, PRESENTED HIMSELF AN AN ELECTOR AND VOTED AT A DULY HELD ELECTION IN THE 20TH ELECTION DISTRICT AND 51ST ASSEMBLY DISTRICT, FROM A PLACE WHERE HE DID NOT RESIDE- TO WIT 553 47TH STREET.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ILLEGAL VOTING[ (ELECTION LAW 17-132(3))] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT NOVEMBER 2, 1993, IN THE COUNTY OF KINGS, PRESENTED HIMSELF AN AN ELECTOR AND VOTED AT A DULY HELD ELECTION IN THE 20TH ELECTION DISTRICT AND 51ST ASSEMBLY DISTRICT, FROM A PLACE WHERE HE DID NOT RESIDE- TO WIT 553 47TH STREET.

CHARLES J. HYNES
DISTRICT ATTORNEY

A. 6