

MORTGAGE APPRAISAL
Telephone (718) 670-7557

41-60 MAIN STREET • FLUSHING, N.Y. 11355-3820

MAGALY LUCAS

████████████████████

           Re: PRUCHASE
  Premises: 553 47 STREET
                BROOKLYN, NY  11220

We have received your request for a copy of an appraisal report of the above stated premises.

Enclosed please find your copy.

                              Sincerely,

                              Mortgage Appraisal Department

Enc.

EXHIBIT C

crofiche No: _____   VALUATION   RUSH
PLACEMENT VALUE: _____   Application No. 000009000285

d 20 x 90 = 1800   Range of Sales: _____
Lot Size @ Value of: _____   $ 80,000

ROVEMENTS: 36000   Sq.feet
Cubic ft. @ $ 5.10   Per Sq. Foot / Per Cubic   183600

90 % Depreciation _____   36,720   $ 146,880   Garage

Depreciated Value _____   146,880   Total $ 226,880

APPRAISAL   ASSESSED VALUE   FIRE INSURANCE REQUIRED (80%)

$ Ryan   195,000
mts $ 215,000   $ 2400   Struct.: A $ _____
$ _____   $ _____   B $ _____
1·9·90   $ 12,000   C $ _____
Year _____   Taxes $ 1140   Total $ 150,000

I hereby certify that I have examined the above property and according to my best judgement the value is as stated above and recommend a loan in the amount of $ _____   12⁴⁵-1   Craig _____   Appraiser

| | | |
|---|---|---|
| BAY RIDGE | S14 | Commitment Issued _____ SMSA _____ |
| | | Mortgage number 184042-0-14  5-4-90  Quadrant 10 B15 |
| | | Map Section 3  FEB 15 1990  Block 757  Lot 54  DATE 1-9-90 |

PREMISES A: 553 47 ST BROOKLYN 11220
PREMISES B: _____
COUNTY: KINGS  LOT SIZE: 20 X 90.75  AREA 1827 sq. ft.  ZONING Residential/Commer.
STRUCTURE(S): No. of Stories 2+BASE  Type BROWNSTONE + BRICK 2 FAMILY
[ ] Detached  [ ] Semi-Detached  [✓] Attached  Year Built ABT. 1910

DIMENSIONS:
Main 20 X 45  Ext. 7x6 VEST (R)  Ext. _____
Ext. _____  Ext. 4x2 2+BASE BAY (F)  Ext. _____
Ext. _____  Ext. _____  Courts _____

LAYOUT:
| Level | | RENT |
|---|---|---|
| 1 Level | | |
| 2 Level | | |
| 3 Level | | |
| 2nd Level | 5R · B | 450 NL |
| 1st Level | 4R · B | OWNER |
| Basement | 3R · B | |
| Cellar | 3R · B · BOIL 5'8" | |

Total No. Apts. 2  Total Rooms 15
Total Baths 4  Total Bedrooms 6
Total Kitchens 3  Other BOIL
Garage: Att-Det: NONE
Driveway: Common-Pvt. NONE
Monthly Rent: $ OWNER+450  Ann. Rent $ O+5400

NEIGHBORHOOD: GOOD RESIDENTIAL/COMMERCIAL AREA.  SIMILAR AND VARIOUS TYPE DWELLINGS ON BLOCK.
S OF 39 ST
E OF 4TH AV
AVERAGE INCOME GROUP.

NEIGHBORHOOD FACILITIES: Schools 2 BL  Churches 2 BL  Stores ON B  Other _____
Transportation BUS  Utilities [✓]water [✓]electric [✓]gas [✓]sewers [ ]cesspools

| | E G F P | EXTERIOR | | E G F P | INTERIOR |
|---|---|---|---|---|---|
| GENERAL CONDITION | ✓ | | GENERAL CONDITION | ✓ | |
| PAVEMENT | ✓ | [✓]mac [ ]asph [ ] | FLOORS | ✓ | [✓]hw [ ]pk [ ]ply [ ] |
| SIDEWALKS & CURBS | ✓ | [✓]conc [ ]slate [ ] | WALLS | ✓ | [✓]drywall [ ]pl [ ] |
| DRIVEWAY | | [ ]conc [ ]mac [ ] | CEILINGS | ✓ | [✓]drywall [ ]pl [ ] |
| ROOF | | [ ]asph [✓]rubb [ ] | KITCHENS-FLOORS | ✓ | [✓]vt [ ]lino [ ]cer [ ]crpt [ ] |
| CHIMNEYS | ✓ | [✓]bk [ ]galv [ ] | CABINETS | ✓ | [✓]wd [ ]form [ ]met [ ] |
| LEADERS & GUTTERS | ✓ | [ ]alum [✓]copp [ ]galv [ ] | SINKS | ✓ | [✓]s/d [ ]d/d [✓]s/s [ ]porc [ ] |
| FIRE ESCAPES | | [ ]YES [✓]NO | APPLIANCES | ✓ | [✓]refrig [ ]d/w [ ]wash/mch [ ] |
| PAINT | G | WORK REQUIRED: [ ]YES [ ]NO | RANGES | ✓ | [✓]gas [ ]elec [✓]tt [ ]wo [ ] |
| CORNICE | | [ ]asph [ ]slate [✓]wd [✓]MET | BATHS-FLOORS | ✓ | [✓]cer [ ]vt [ ]lino [ ]crpt [ ] |
| FOUNDATION | | [✓]conc [ ]CB [ ]stone [ ] | WALLS | ✓ | [✓]cer [✓]drywall [ ]pl [ ] |
| FRONT WALL | | [ ]bk [ ]alum [ ]stucco [ ]wd/sh [ ]asb/sh [ ]asph/sh [✓]BROWN STONE | TUBS | ✓ | [✓]bi [ ]legs [ ] |
| | | | SHOWERS | ✓ | [✓]stall [ ] |
| SIDE & REAR WALLS | | [✓]bk [ ]alum [ ]stucco [ ]wd/sh [ ]asb/sh [ ]asph/sh [ ] | BASINS | ✓ | [✓]vanity [ ]hang [ ]ped [ ] |
| | | | FUEL/FUEL CAPACITY | ✓ | [✓]gas [✓]oil [ ]elec [ ]  GALS |
| FRAME AND SASH | | [✓]wd [ ]slide [ ]case [ ]pvc [✓]alum [✓]wd [ ]vinyl | HEATING SYSTEM | ✓ | [✓]steam [ ]hw [ ]hot air [ ] |
| PORCH | | [ ]EP [ ]OP [ ]ScrP [ ] | HOT WATER SUPPLY | ✓ | [ ]gas [ ]oil [ ]elec [✓]tnkless [ ]auto |
| GARAGE | | | AIR CONDITIONING | | YES [ ] NO [✓] [ ]cntrl [ ]wall [ ]window |
| MISCELLANEOUS | | | PLUMBING | ✓ | [ ]brass [✓]ct [✓]galv [ ] |
| | | | MISCELLANEOUS | | 100 AMP CB |

[Photograph of row houses]

Site diagram:
```
        46 ST
   5            6
  4 AV   [92.9/92]  5 AV  N↑
        47 ST
```

OWNS PROP 18 YRS
BUYER TO OCCUP PER OWNER
C 21 ACTION TEAM SOLD  NET NA
60'S KITCH + 2 60'S BATH IN DUPLEX
40'S KITCH + 20'S BATH 2ND FL
POTENTIAL RENTABLE IN CELLAR - NO
PRIVATE ENTRANCE - SMALL ROOMS
RECENT IMPROV: NONE

IMPROVED: BLOCK EXTERIOR MAINT. GOOD