- charge Key to trial

- discussion O'Hara

- O'Hara at some point initially legal discussed but language offered me to -

In chambers judge thought - if was the case, it seemed not true He argued not true I'm arguing charges

OA wanted admit him to [illegible] adult to [illegible]

discussed the law -

ALL would foreclose law suit for malicious prosecution