| | | |
|---|---|---|
| 1 | ☐ Yes, I need an application for an Absentee Ballot<br>☐ new registration and enrollment  ☐ address change<br>☐ party enrollment change  ☐ name change | 2 | Are you a U.S. citizen? ☐ Yes ☐ No<br>IF YOU ANSWERED NO, DO NOT COMPLETE THIS FORM. | ☐ Yes, I would like to be an Election Day worker<br>For Board Use Only<br>44/52 |

| | Last Name | First Name | Middle Initial | Suffix | | | Zip Code |
|---|---|---|---|---|---|---|---|
| 3 | HYNES | CHARLES | J | | 302927724 | | (5-7-96) |

| | Address Where You Live (do not give P.O. address) | Apt. No. | City/Town/Village | Zip Code |
|---|---|---|---|---|
| 4 | 210 JORALEMON STREET | | BROOKLYN N.Y. | 11201 |

| | Address Where You Get Your Mail (P.O. box, star rte., etc.) | Post Office | Zip Code |
|---|---|---|---|
| 5 | | | |

| | Date of Birth | | Sex (circle one) | | Home Tel. Number (optional) |
|---|---|---|---|---|---|
| 6 | 5-28-1935 | 7 | (M) F | 8 | |

| | The last year you voted | Your Address was (given house number, street, and city) | In county/state | Under the name (if different from your name now) |
|---|---|---|---|---|
| 9 | | 317 EAST 17 STREET | | |

| | Choose a Party - Check one box only | | AFFIDAVIT: I swear or affirm that<br>• I am a citizen of the United States.<br>• I will have lived in the county, city, or village for at least 30 days before election.<br>• This is my signature or mark on the line below.<br>• The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years. NCOA |
|---|---|---|---|
| 10 | ☐ DEMOCRATIC<br>☐ REPUBLICAN<br>☐ CONSERVATIVE<br>☐ INDEPENDENCE<br>☐ LIBERAL<br>☐ RIGHT TO LIFE<br>☐ FREEDOM | } Please Note:<br>In order to vote in a primary election you must be enrolled in a party.<br>☐ I do not wish to enroll in a party | 11 | Signature:<br>X [signed: Charles J. Hynes] |

Please do not write in this space