UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN O'HARA,

               Plaintiff,               ORDER
                                          17-CV-4766

    - against -

CITY OF NEW YORK, DISTRICT ATTORNEY
CHARLES J. HYNES, ASSISTANT DISTRICT
ATTORNEY JOHN P. O'MARA, ASSISTANT
DISTRICT ATTORNEY ANGELO M. MORELLI,
ASSISTANT DISTRCT ATTORNEY DINO AMOROSO,
DISTRICT ATTORNEY INVESTIGATOR ALLEN PRESSER,
ASSEMBLYMAN JAMES F. BRENNAN, JOHN W.
CARROLL, ESQ., JOHN KEEFE, and JEFFREY WAITE,
ESQ.,

               Defendants.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

       The Plaintiff has requested to stay the proceedings currently pending before the Court pending the substitution of Mr. Hynes's estate as defendant pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. To avoid the possible unforeseen prejudice to the estate in its absence should the proceeding go forward and to avoid inordinate delay in the substitution of the estate, the stay is granted until a status conference to be held at 2:30 p.m. on April 19, 2019, with the direction that the Court be notified promptly should the estate be substituted before that date.

       SO ORDERED.

Dated:      Brooklyn, New York
              February 27, 2019

                                                            /s/
                                                            I. Leo Glasser              U.S.D.J.