

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6556

July 4, 2020

**Via ECF**

The Honorable I. Leo Glasser
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   O'Hara v. City of New York, et al., No. 17 Civ. 4766 (ILG) (SMG)

Dear Judge Glasser,

This Office represents Defendants James Brennan, John Keefe, and Jeffrey Wait (collectively, the "State Defendants") in the above-referenced matter. I write on behalf of all defendants to request a two-week extension of time to file reply papers concerning the three currently-pending motions to dismiss the Plaintiff's fabricated evidence claims, see Dkt. Nos. 102, 104, & 105, from July 9, 2020 to July 23, 2020. The extension of time is necessary due to a scheduling conflict for the City Defendants' lead counsel, and to allow counsel for the State Defendants to complete briefing and potential oral argument on preliminary injunction motions in two recently-filed COVID-related actions pending in the Southern District of New York.

The Plaintiff consents to the extension. This is the defendants' first request for an extension of time to reply. The Plaintiff previously made two motions for an extension of time to file his opposition papers, Dkt. Nos. 106 & 108, both of which defendants consented to and both of which were granted. See Dkt. Nos. 107 & 109. We thank the Court for its time and consideration.

Respectfully submitted,

James M. Thompson
Assistant Attorney General
james.thompson@ag.ny.gov

Cc:   All counsel of record (via ECF)