# TABLE OF AUTHORITIES

**CASES**                                                                                                                      **PAGES**

Abdell v. City of New York,
No. 05-CV-8453 (KMK) (JCF), 2006 U.S. Dist..................................................................14

Aspin v. Dep't of Defense,
160 U.S. App. D.C. 231, 491 F.2d 24, 29-30 (D.C. Cir. 1973)........................................17

Berger v. Lasher
No. 24296/93................................................................................................................36, 37

Black v. Sheraton Corp. of Am.,
184 U.S. App. D.C. 46, 564 F.2d 531, 546 (D.C. Cir. 1977)............................................18

Commonwealth of Puerto Rico v. United States,
490 F.3d 50, 64 (1st Cir. 2007)...........................................................................................18

Crosby v. City of New York,
269 F.R.D. 267, 276-77.................................................................................................15, 16

Cyris Jewels v. Casner,
No. 12-CV-1895, 2016 U.S. Dist. .......................................................................................13

Doubleday v. Ruh,
149 F.R.D. 601, 607.............................................................................................................16

Durling v. Papa John's Int'l, Inc.,
No. 16-CV-03592, 2018 U.S. Dist......................................................................................13

Fountain v. City of New York, No. 03 Civ. 4526 (RWS),
2004 U.S. Dist......................................................................................................................17

Frankel v. Securities and Exch. Comm'n,
460 F.2d 813, 817 (2d Cir. 1972).......................................................................................17

Friedman v. Bache Halsey Stuart Shields,
238 U.S. App. D.C. 190, 738 F.2d 1336, 1341 (D.C. Cir. 1984)......................................19

FTC Boehringer Inglheim Pharms.,
*778 F.3d 142, 155-156, 414 U.S. App. D.C. 188(D.C. Cir. 2015)*.................................38

Galvin v. Hoblock,
No. 00 Civ. 6058 (MHD), 2003 U.S. Dist..................................................................................17

Gucci Am., Inc. v. Guess?, Inc.,
271 F.R.D. 58 (S.D.N.Y. 2010)...............................................................................................38

Hickman v. Taylor,
329 U.S. 495, 67 S. Ct. 385 (1947)...................................................................................15, 16

In re Bonanno,
344 F.2d 830, 833 (2d Cir. 1965)............................................................................................18

In re Dep't of Investigation of City of New York,
856 F.2d 481, 484 (2d Cir. 1988).............................................................................................17

In re Grand Jury Subpoena
Dated Jan. 4, 1984, 750 F.2d 223, 224-25 (2d Cir. 1984).......................................................18

In re Quinn,
47 N.Y.S. 2d 66 (2d Dept. 1994).............................................................................................39

In re Restasis (Cyclosporins Opthalmic Emulsion) Antitrust Litig.,
No. 18-MD-2819, 2018 U.S. Dist............................................................................................14

In re State St. Bank & Tr. Co. Fixed Income Funds Inv. Litig.,
No. 08-CV-0333, 2009 U.S. Dist.............................................................................................13

In re United States Dep't of Homeland Sec.,
459 F.3d 565, 569 (5th Cir. 2006)............................................................................................18

Johnson v. Bryco Arms,
No. 02-CV-3029 (JBW), 2005 U.S. Dist..................................................................................15

John Wiley & Sons. Inc. v. Book Dog Books, LLC,
298 F.R.D. 184, 186.................................................................................................................13

King v. Conde,
121 F.R.D. 180, 189..........................................................................................17, 18, 19, 20, 21

Kinoy v. Mitchell,
67 F.R.D. 1, 12.........................................................................................................................21

Kitevski v. City of New York,
No. 04 Civ. 7402 (RCC) (RLE), 2006 U.S. Dist.................................................................19

Macnamara v. City of New York,
249 F.R.D. 70....................................................................................................................21

MacWade v. Kelly,
230 F.R.D. 379, 381..........................................................................................................17

Matter of City of New Rochelle,
35 Misc 2d 254, 256..........................................................................................................34

Matter of Perryman v. Gennaro,
147 AD3d 852, 852, 47 N.Y.S.3d 382...............................................................................35

Matter of Quinn [Guion],
293 N.Y. 787, affg. 267 App. Div. 913..............................................................................34

Matter of Third, Dec., 1959 Grand Jury,
20 Misc 2d 475, 476..........................................................................................................34

Matter of Temporary State Comm. Of Investigation,
47 Misc 2d 11, 14;.............................................................................................................34

Morrissey v. City of New York,
171 F.R.D. 85, 90 (S.D.N.Y. 1997).............................................................................18, 21

Nat'l Congress for Puerto Rican Rights v. City of New York,
194 F.R.D. 88, 95 (S.D.N.Y. 2000).........................................................................18, 21, 38

People v. Behan,
37 Misc 2d 911, 918..........................................................................................................34

People v. Carignan,
76 Misc. 2d 515 (N.Y. Sup. Albany County 1973)...........................................................39

People v. Cipolla,
184 Misc. 2d 880 (County Court, Rensselaer County 2000)............................................39

People v. DiNapoli,
27 N.Y.2d 229, 238 (1970)..........................................................................................34, 40

People v. Jaglom,
17 N.Y. 2d 162, 164..........................................................................................................35

People v. Lindsay,
188 Misc. 2d 757 (County Court, Cattarugus County 2001)......................................................39

People v. Placencia,
157 Misc. 2d 397,597 N.Y.S. 2d 572, N.Y. Sup. Ct. March 16, 1993..........................................37

People v. Ramos, 223 A.D.2d 495,
(N.Y. App. Div. 1st Dep't. January 30, 1996).........................................................................37, 38

People v. Rosario,
9 N.Y.2d 286, 173 N.E.2d 881, 213 N.Y.S.2d 448 (1961)............................................................14

Ramsey v. NYP Holdings, Inc.,
2002 U.S. Dist..............................................................................................................................16

Raphael v. Aetna Cas. & Sur. Co.,
744 F. Supp. 71, 74-75................................................................................................................19

Rigas v. United States,
2016 U.S. Dist..............................................................................................................................16

Robertson v. City of New York,
163 AD2d 291, 291, 557 N.Y.S.2d 431........................................................................................35

Schomburg v. Bologna,
298 F.R.D. 138......................................................................................................................14, 16

Tuite v. Henry,
181 F.R.D. 175, 176 (D.D.C. 1998)..............................................................................................17

United States v. Jacques Dessange, Inc.,
No. 99-CR-1182 (DLC), 2000 U.S. Dist..................................................................................14, 15

United States v. Sawinski,
No. 00 Crim. 0499 (RPP), 2000 U.S. Dist....................................................................................19

United States v. United States Currency in Sum of Twenty-One Thousand Nine Hundred Dollars,
No. 98 Civ. 6168 (SJ), 1999........................................................................................................19

Vazquez v. City of New York,
2014 U.S. Dist..............................................................................................................................16

## **STATUES**

New York Criminal Procedure Law §190..............................................................................9

New York Criminal Procedure Law §190.25(4)(a)..........................................................33, 35

42 United States Code § 1983.............................................................................................39

## **RULES:**

Federal Rule of Civil Procedure 26(b)(3).............................................................................15

Federal Rule of Civil Procedure 26 (c)................................................................................15

Federal Rules of Criminal Procedure Rule 6: (e)................................................................33