UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

JOHN O'HARA,

                Plaintiff,

    -against-

CITY OF NEW YORK, DISTRICT ATTORNEY CHARLES J. HYNES, ASSISTANT DISTRICT ATTORNEY JOHN P. O'MARA, ASSISTANT DISTRICT ATTORNEY ANGELO M. MORELLI, ASSISTANT DISTRICT ATTORNEY DINO AMOROSO, DISTRICT ATTORNEY INVESTIGATOR ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN, JOHN W. CARROLL, ESQ., JOHN KEEFE, and JEFFREY WAITE, ESQ.,

                Defendants.
---------------------------------------------------------------------------X

17-cv-4766 (ILG) (SMG)

AFFIRMATION
IN GOOD FAITH

    Dennis Kelly, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, duly affirms the following under penalties of perjury:

    Your affirmant certifies that a good faith attempt has been made to resolve the issues herein and such attempt did not end in a resolution of the issues and for this reason, a Motion is made.

Dated: February 26, 2024
West Islip, New York

                                                  _____
                                                  Dennis Kelly, Esq.
                                                  KELLY, & GROSSMAN, LLP
                                                  1248 Montauk Highway
                                                 West Islip, NY 11795

CC: All counsel via ECF