# EXHIBIT E

# The Law Office of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel,
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

June 6, 2019

Kings County District Attorney's Office
Conviction Review Unit
350 Jay Street
Brooklyn, New York 11201

                      Re:    **O'Hara v. City of New York, et al.**
                              **17-cv-4766 (ILG) (SMG)**

Conviction Review Unit:

    My office is co-counsel for the Plaintiff, John O'Hara, in the above-referenced action, which is currently pending in the United States District Court for the Eastern District of New York, before the Honorable I. Leo Glasser, District Court Judge, and Steven M. Gold, Magistrate Judge.

    The Kings County District Attorney's Office's Conviction Review Unit investigated the matter entitled *People of the State of New York v. John O'Hara*, Indictment No. 13525/1996. Based upon its investigation, the KCDA consented to vacating Mr. O'Hara's conviction on January 12, 2017, and moved to dismiss the indictment against him. Enclosed please find a Subpoena Duces Tecum seeking the production of the KCDA's Conviction Review Unit's file pertaining to its investigation of the criminal charges against Mr. O'Hara.

    If you have any questions or otherwise wish to discuss this matter, please do not hesitate to contact me at (516) 877-2889.

                                          Sincerely,

                                          Mirel Fisch

Enclosure
CC:    All counsel via email

JO-1197

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN O'HARA,

                     Plaintiff,

-against-

CITY OF NEW YORK, DISTRICT ATTORNEY CHARLES
J. HYNES, ASSISTANT DISTRICT ATTORNEY JOHN P.
O'MARA, ASSISTANT DISTRICT ATTORNEY ANGELO M.
MORELLI, ASSISTANT DISTRICT ATTORNEY DINO
AMOROSO, DISTRICT ATTORNEY INVESTIGATOR
ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN,
JOHN W. CARROLL, ESQ., JOHN KEEFE, and
JEFFREY WAITE, ESQ.,

                     Defendants.
------------------------------------------------------------------X

17-cv-4766
(ILG) (SMG)

SUBPOENA
DUCES TECUM

TO: Kings County District Attorney's Office
Conviction Review Unit
350 Jay Street
Brooklyn, New York 11201

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorneys representing the Plaintiffs, **The Law Office of Anthony M. Grandinette**, located at **114 Old Country Road, Suite 420, Mineola, New York 11501**, on **July 5, 2019 at 9:00 a.m.**, the following records and information:

> A complete copy of the Kings County District Attorney's Office's Conviction Review Unit's file pertaining to its investigation into the matter entitled *People of the State of New York v. John O'Hara*, Indictment No. 13525/1996, including all non-privileged documents, records, notes, memoranda, statements, testimony, photographs, and recordings.

> Any responsive documents which are or were part of the Kings County District Attorney's Office's Conviction Review Unit's file identified above, which are not produced pursuant to an asserted privileged, should be identified in a separate privilege log which should be produced with the subpoenaed materials.

1

JO-1198

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

Dated: Mineola, New York
June 6, 2019

                                                 The Law Office of Anthony M. Grandinette
                                                 *Co-counsel for Plaintiff*
                                                 114 Old Country Road Suite 420
                                                 Mineola, New York 11501
                                                 (516) 877-2889

                             By: _____
                                     Mirel Fisch, Esq.

CC:    All counsel via e-mail

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN O'HARA,

                      Plaintiff,

-against-

CITY OF NEW YORK, DISTRICT ATTORNEY CHARLES
J. HYNES, ASSISTANT DISTRICT ATTORNEY JOHN P.
O'MARA, ASSISTANT DISTRICT ATTORNEY ANGELO M.
MORELLI, ASSISTANT DISTRICT ATTORNEY DINO
AMOROSO, DISTRICT ATTORNEY INVESTIGATOR
ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN,
JOHN W. CARROLL, ESQ., JOHN KEEFE, and
JEFFREY WAITE, ESQ.,

                      Defendants.
------------------------------------------------------------------------X

17-cv-4766
(ILG) (SMG)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUBPOENA DUCES TECUM**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE LAW OFFICE OF ANTHONY M. GRANDINETTE
Co-counsel for Plaintiff
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 877-2889

JO-1200