# EXHIBIT K

STATE OF NEW YORK
SUPREME COURT   KINGS COUNTY

---

Dennis L. Pol, et al.,

        Petitioners,

v.

New York City Board of Elections and
John K. O'Hara,

        Respondents.

AFFIRMATION

Index No. 23414/94

---

STATE OF NEW YORK)
                    ss.:
COUNTY OF NEW YORK)

    Kathy J. King, an attorney admitted to practice in the courts of the State of New York, affirms under penalty of perjury that:

1. I am General Counsel to the New York City Board of Elections, which is located at 32 Broadway, New York, NY.

2. In July, 1994, petitions were filed at the New York City Board of Elections designating John K. O'Hara as a candidate for the New York State Assembly. The Board was thereafter named as a respondent in the above captioned Article 16 proceeding, but did not appear.

3. On or about August 5, 1994, the Board was served with an order directing it to remove John K. O'Hara's name from the 1994 primary election ballot. The order also directed the Clerk of the Court to seal the record.

4. I have been advised by the New York State Board of Elections that it is

JO-8477

investigating allegations that Election Law violations occurred in connection with Mr. O'Hara's voter registration and in connection with Mr. O'Hara's designating petition, and that unsealing the record of the proceedings before the Court will facilitate the Board's investigation.

5. On behalf of the New York City Board of Elections, I urge the Court to unseal the record.

Dated: November 23, 1995

Kathy J. King

JO-8478