# EXHIBIT L



DISTRICT ATTORNEY
KINGS COUNTY
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

George B. Forbes
Assistant District Attorney
718-250-5279
forbesg@brooklynda.org

June 17, 2022

**VIA ELECTRONIC & REGULAR MAIL**
Mirel Fisch, Esq.
The Law Office of Mirel Fisch
2329 Nostrand Ave, Suite 100
Brooklyn, New York 11210

Re: O'Hara v. City of New York, et al.
E.D.N.Y. docket no. 17-cv-4766
**PRIVILEGE LOG FOR ORIGINAL DISCLOSURES**

Dear Ms. Fisch,

Pursuant to our discussion, please accept this correspondence as the Kings County District Attorney's Privilege log for the original 718 pages produced.

| Bates No. | Date | Author | Recipient | Privileges | Description |
|---|---|---|---|---|---|
| 3 – 12 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 14 - 17 | May 20, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 19 - 27 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 29 – 30 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 2 of 5

| 32 – 44 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 46 – 88 | May 20, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 99 | December 11, 2015 | Joel Rudin, Esq. | Mark Hale, Esq. | CPL § 160.58 | Letter from Joel Rudin to Mark Hale seeking King County Conviction Review Unit investigation. Portion improperly describes criminal case outcome for certain person. |
| 106 – 150 | May 18, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 152 – 171 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 173 - 180 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 3 of 5

| Bates No. | Date | Author | Recipient | Privileges | Description |
|---|---|---|---|---|---|
| 182 - 191 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 193 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 194 - 225 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 228 – 250 | May 16, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 252 – 254 | Unknown | Unknown | N/A | Work Product | Interview notes of two witnesses related to O'Hara matter |
| 255 – 261 | May 18, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 354 – 358 | Nov. 9, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 4 of 5

| Bates No. | Date | Author | Recipient | Privileges | Description |
|---|---|---|---|---|---|
| 359 | Nov. 9, 2016 | Jessica Wilson | Patrick Lanigan | Work Product | Handwritten notes providing confidential identifiers of certain potential witnesses for background checks |
| 360 – 465 | Nov. 9, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 469 – 475 | Nov. 9, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witness for KCDA re-investigation of O'Hara prosecution |
| 488 - 565 | May 16, 19, & 20, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witnesses for KCDA re-investigation of O'Hara prosecution |
| 566 - 608 | May 20, 2016 | Unknown | N/A | Law Enforcement Privilege | Criminal background check research on potential witnesses for KCDA re-investigation of O'Hara prosecution |
| 615- 616 | May 17, 2016 | Unknown | N/A | Work Product; Law Enforcement Privilege | Accurint Reports: Background check research on potential witnesses for KCDA re-investigation of O'Hara prosecution |
| 629 | December 11, 2015 | Joel B. Rubin | Mark Hale | CPL § 160.55 | Letter from Joel Rudin to Mark Hale seeking King County Conviction Review Unit investigation. Portion Describes the termination of a criminal action or proceeding against a person by the conviction of such person of a traffic infraction or a violation. |

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 5 of 5

| 643 | December 11, 2015 | Joel B. Rubin | Mark Hale | CPL §160.50<br>42 C.F.R. § 2.3<br>42 C.F.R. § 2.13 | Letter from Joel Rudin to Mark Hale seeking King County Conviction Review Unit investigation. Portion describes diversion programs that led to termination of a criminal action or proceeding against a person in favor of such person. |

Very truly yours,

*George B. Forbes*
George B. Forbes

GBF/ZS