# EXHIBIT O

05/11/05 MON 10:19 FAX                                          →→→ 7th AVENUE                    ☒002

June 28, 1994

Mr. Thomas Wilkey
Executive Director
New York State Board of Elections
Swan St. Building, Core 1
Empire State Plaza
Albany, NY 12223-0002

Dear Mr. Wilkey:

At the present time, to the best of my knowledge, a Mr. John O'Hara is circulating a petition for the Democratic nomination for the Assembly in the 51st Assembly district. He is running for office from the fourth different address in the past five years. The addresses, based on the best information we have, are as follows:

| Year:District | Address |
|---|---|
| 1990:51st Assembly District | 579 61st Street |
| 1991:38th Council District | 5617 6th Avenue |
| 1992:51st Assembly District | 579 61st Street |
| 1993:38th Council District | 553 47th Street |
| 1994:51st Assembly District | 6017 4th Avenue |

Upon information and belief, O'Hara's true address is 579 61st Street and he has never actually moved from that address. This address is not in the 38th Council district, nor is it in the 51st Assembly district as reapportioned in 1992. We believe that buff cards for the addresses exist, except that there was a lapse in registration in 1991-92 since there was a registration from 579 61st Street to 5617 6th Avenue in 1991, but no transfer back to 61st Street in 1992. Records of "Neighbors for O'Hara," a campaign committee for this individual, show loan repayments to this individual at the 61st Street address for committee records dated in January 1993, although the individual transferred his registration to 47th Street in approximately November 1992.

The individual transferred his registration to 6017 4th Avenue on January 20, 1994. Individuals registered to vote at this address include one Emily Massa, a friend of O'Hara who has previously served on the Committee on Vacancies in petitioning efforts.

My office believes there is evidence that the individual in question has been running for office from false residences. State motor vehicle records show the individual's driver's license at 579 61st Street; telephone records show a listing at the 61st Street address. I would sincerely appreciate the State

Carroll 0109

Board of Elections investigating this matter. You should also note a copy of a State Board letter to the New York City Board of Elections cancelling the registration of a former treasurer of an O'Hara campaign committee, Thomas Mullally, from the same 61st Street address after it was determined in a court case that the treasurer was using a false address to petition for his friend O'Hara in 1988.

Once again, I thank you for any efforts the Board might make to look into this matter.

Yours truly,

*[signature]*

James F. Brennan
Member of Assembly

Enclosure

cc: Jeff Feldman

Carroll 0110