# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN O'HARA,

                                Plaintiff,

      -against-

CITY OF NEW YORK, DISTRICT ATTORNEY CHARLES
J. HYNES, ASSISTANT DISTRICT ATTORNEY JOHN P.
O'MARA, ASSISTANT DISTRICT ATTORNEY ANGELO M.
MORELLI, ASSISTANT DISTRICT ATTORNEY DINO
AMOROSO, DISTRICT ATTORNEY INVESTIGATOR
ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN,
JOHN W. CARROLL, ESQ., JOHN KEEFE, and
JEFFREY WAITE, ESQ.,

                                Defendants.
-----------------------------------------------------------------X

17-cv-4766
(ILG) (SMG)

SUBPOENA
DUCES TECUM

TO:    Kings County District Attorney's Office
         Conviction Review Unit
         350 Jay Street
         Brooklyn, New York 11201

GREETINGS:

      WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorneys representing the Plaintiffs, **The Law Office of Anthony M. Grandinette**, located at **114 Old Country Road, Suite 420, Mineola, New York 11501**, on **July 5, 2019 at 9:00 a.m.**, the following records and information:

> **A complete copy of the Kings County District Attorney's Office's Conviction Review Unit's file pertaining to its investigation into the matter entitled *People of the State of New York v. John O'Hara*, Indictment No. 13525/1996, including all non-privileged documents, records, notes, memoranda, statements, testimony, photographs, and recordings.**
>
> **Any responsive documents which are or were part of the Kings County District Attorney's Office's Conviction Review Unit's file identified above, which are not produced pursuant to an asserted privileged, should be identified in a separate privilege log which should be produced with the subpoenaed materials.**

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

Dated: Mineola, New York
      June 6, 2019

                                        The Law Office of Anthony M. Grandinette
                                        *Co-counsel for Plaintiff*
                                        114 Old Country Road Suite 420
                                        Mineola, New York 11501
                                        (516) 877-2889

                           By: _____
                                        Mirel Fisch, Esq.

CC:    All counsel via e-mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN O'HARA,

                                Plaintiff,            17-cv-4766
                                                   (ILG) (SMG)

       -against-

CITY OF NEW YORK, DISTRICT ATTORNEY CHARLES
J. HYNES, ASSISTANT DISTRICT ATTORNEY JOHN P.
O'MARA, ASSISTANT DISTRICT ATTORNEY ANGELO M.
MORELLI, ASSISTANT DISTRICT ATTORNEY DINO
AMOROSO, DISTRICT ATTORNEY INVESTIGATOR
ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN,
JOHN W. CARROLL, ESQ., JOHN KEEFE, and
JEFFREY WAITE, ESQ.,

                                Defendants.
------------------------------------------------------------------X

**************************************************************************

**SUBPOENA DUCES TECUM**

**************************************************************************

---

**THE LAW OFFICE OF ANTHONY M. GRANDINETTE**
Co-counsel for Plaintiff
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 877-2889

---

**ANTHONY M. GRANDINETTE**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD, SUITE 420
MINEOLA, NEW YORK 11501

King's County District
Attorney's Office
Conviction Review Unit
350 Jay Street
Brooklyn, NY 11201

MID-ISLAND NY 117
07 JAN 2020 PM 7 L

