# EXHIBIT C



**Eric Gonzalez**
District Attorney

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

George B. Forbes
Assistant District Attorney
718-250-5279
forbesg@brooklynda.org

March 5, 2021

**VIA REGULAR MAIL**
Mirel Fisch, Esq.
The Law Offices of Anthony M. Grandinette
114 Old Country Road, Suite 420
Mineola, NY 11501

   Re: O'Hara v. City of New York, et al.
      E.D.N.Y. docket no. 17-cv-4766
      **RESPONSE TO SUBPOENA**

Dear Ms. Fisch,

  Please accept this correspondence, and attached records, as the Kings County District Attorney's response to your subpoena. Specifically, you have subpoenaed "[a] complete copy of the Kings County District Attorney's Office's Conviction Review Unit's file pertaining to its investigation into the matter entitled People of the State of New York v. John O'Hara, Indictment No. 13525/1996. . . ." In total, four-hundred and nineteen (419) pages are being produced.[1]

  Records responsive to your request are enclosed herein, with the following exceptions:

## PRIVILEGE LOG

| Bates No. | Date | Author | Recipient | Privileges | Description |
|---|---|---|---|---|---|
| 1046 – 1048 | Feb. 2, 2015 | James M. Bernard, Esq. | Kenneth P. Thompson, Esq. | Attorney-Client privilege | Retainer agreement that contains therein a confidential communication of legal advice. |
| 1141 – 1161 | June 10, 2016 | Jerry H. Goldfeder, Esq. | Mark Hale, Esq. | Attorney-Client privilege; Attorney-Work Product privilege | Memorandum of law from attorney to client analyzing purported election law violations in People v. O'Hara, Kings Co. Ind. No. 13525/96. |

---

[1] The bates numbers are consistent with the prior production of 718 pages.

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 2 of 2

Very truly yours,

George B. Forbes

GBF/