# EXHIBIT D



**Eric Gonzalez**
District Attorney

DISTRICT ATTORNEY
KINGS COUNTY
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

George B. Forbes
Assistant District Attorney
718-250-5279
forbesg@brooklynda.org

March 12, 2021

**VIA REGULAR MAIL**
Mirel Fisch, Esq.
The Law Offices of Anthony M. Grandinette
114 Old Country Road, Suite 420
Mineola, NY 11501

      Re:    **O'Hara v. City of New York, et al.**
                 **E.D.N.Y. docket no. 17-cv-4766**
                 **REVISED RESPONSE TO SUBPOENA**

Dear Ms. Fisch,

      Please accept this correspondence, and attached records, as the Kings County District Attorney's revised response to your subpoena. Fifty (50) additional pages have been produced. The Bates numbers are consistent with the prior productions.

      Records responsive to your request are have been produced, with the following exceptions:

Kings County District Attorney's Office
(E.D.N.Y., docket no. 17-cv-4766; Response to Subpoena)
Page 2 of 2

## REVISED PRIVILEGE LOG

| Bates No. | Date | Author | Recipient | Privileges | Description |
|---|---|---|---|---|---|
| 1046 – 1048 | Feb. 2, 2015 | James M. Bernard, Esq. | Kenneth P. Thompson, Esq. | Attorney-Client privilege | Retainer agreement that contains therein a confidential communication of legal advice. |
| 1141 – 1161 | June 10, 2016 | Jerry H. Goldfeder, Esq. | Mark Hale, Esq. | Attorney-Client privilege; Attorney-Work Product privilege | Memorandum of law from attorney to client analyzing purported election law violations in People v. O'Hara, Kings Co. Ind. No. 13525/96. |
| 1162 - 1189 | Unknown | Mark Hale, Esq. | Eric Gonzalez, Esq. | Attorney-Work Product privilege; CPL § 160.55; CPL § 190.25 | Memo has been produced in redacted form. Final memorandum with legal analysis and recommendations from head of Conviction Review Unit to Kings County District Attorney. |

Very truly yours,

George B. Forbes

GBF/