# EXHIBIT H

**FORBES, GEORGE**

| | |
|---|---|
| **From:** | Mirel Fisch <mirel@mfischlaw.com> |
| **Sent:** | Monday, May 9, 2022 2:38 PM |
| **To:** | FORBES, GEORGE |
| **Subject:** | Re: O'Hara v. City of New York, et al., 17-cv-4766 |

Hey George, I'm following up on your objections to the subpoena which Dennis Kelly had served.

While I do agree that some of your objections may have some merit, others are unfounded. We can go ahead and reserve a subpoena, but that would just be a waste of time. Any chance we can just cut to the chase and agree to the production of documents?

You can reach me on my cell at 718-954-1931.

Thanks,
- Mirel

On Mon, Feb 28, 2022 at 9:52 AM FORBES, GEORGE <FORBESG@brooklynda.org> wrote:

Mr. Grandinette and Ms. Fisch,


Attached please find the KCDA's objections to Plaintiff's subpoena.


Regards,


**George Forbes, Esq.**

F.O.I.L. Unit Chief | Civil Litigation Bureau

Kings County District Attorney's Office

20th Floor | Brooklyn, NY 11201

Tel: (718) 250-5279 | Fax: (718) 250-1362

## FORBES, GEORGE

| | |
|---|---|
| **From:** | FORBES, GEORGE |
| **Sent:** | Monday, May 9, 2022 2:51 PM |
| **To:** | 'Mirel Fisch' |
| **Subject:** | RE: O'Hara v. City of New York, et al., 17-cv-4766 |

Hi Mirel,

We are always willing to talk.  In fact, I think your communication with our office led to our initial production.

I note that we did contact Mr. Kelly immediately to discuss the subpoena – but he was unwilling to negotiate anything.  Hence, the objections.

I am trying to file a few motions today, and I have a full day Wednesday, but we can talk Thursday or Friday.

Please let me know your availability.

George,

**George Forbes, Esq.**
F.O.I.L. Unit Chief
Kings County District Attorney's Office
350 Jay Street
Brooklyn, NY 11201
Tel: (718) 250-5279 | Fax: (718) 250-1362



**From:** Mirel Fisch <mirel@mfischlaw.com>
**Sent:** Monday, May 9, 2022 2:38 PM
**To:** FORBES, GEORGE <FORBESG@BrooklynDA.org>
**Subject:** Re: O'Hara v. City of New York, et al., 17-cv-4766

Hey George, I'm following up on your objections to the subpoena which Dennis Kelly had served.

While I do agree that some of your objections may have some merit, others are unfounded. We can go ahead and reserve a subpoena, but that would just be a waste of time. Any chance we can just cut to the chase and agree to the production of documents?

You can reach me on my cell at 718-954-1931.

Thanks,

**FORBES, GEORGE**

| | |
|---|---|
| **From:** | Mirel Fisch <mirel@mfischlaw.com> |
| **Sent:** | Friday, June 24, 2022 1:13 PM |
| **To:** | FORBES, GEORGE |
| **Subject:** | Re: O'Hara v. City of New York, docket no. 17-cv-4766 |

Hi George,

I did not forget about the updated subpoena. I've just been swamped and will get it out as soon as possible.

On Fri, Jun 17, 2022 at 12:56 PM FORBES, GEORGE <FORBESG@brooklynda.org> wrote:

> Ms. Fisch,
>
> I hope this email finds you well.  Pursuant to our conversation, attached please find the privilege log for my Office's original 718 page disclosure.
>
> As we discussed, we are awaiting your revised, targeted, subpoena.
>
> Have a nice weekend.
>
> George,
>
> **George Forbes, Esq.**
>
> F.O.I.L. Unit Chief
>
> Kings County District Attorney's Office
>
> 350 Jay Street
>
> Brooklyn, NY 11201
>
> Tel: (718) 250-5279 | Fax: (718) 250-1362