# EXHIBIT J

# FORBES, GEORGE

| | |
|---|---|
| **From:** | Mirel Fisch <mirel@mfischlaw.com> |
| **Sent:** | Friday, June 24, 2022 1:13 PM |
| **To:** | FORBES, GEORGE |
| **Subject:** | Re: O'Hara v. City of New York, docket no. 17-cv-4766 |

Hi George,

I did not forget about the updated subpoena. I've just been swamped and will get it out as soon as possible.

On Fri, Jun 17, 2022 at 12:56 PM FORBES, GEORGE <FORBESG@brooklynda.org> wrote:

> Ms. Fisch,
>
> I hope this email finds you well.  Pursuant to our conversation, attached please find the privilege log for my Office's original 718 page disclosure.
>
> As we discussed, we are awaiting your revised, targeted, subpoena.
>
> Have a nice weekend.
>
> George,
>
> **George Forbes, Esq.**
>
> F.O.I.L. Unit Chief
>
> Kings County District Attorney's Office
>
> 350 Jay Street
>
> Brooklyn, NY 11201
>
> Tel: (718) 250-5279 | Fax: (718) 250-1362

1

# FORBES, GEORGE

| | |
|---|---|
| **From:** | FORBES, GEORGE |
| **Sent:** | Friday, June 17, 2022 12:57 PM |
| **To:** | 'Mirel Fisch' |
| **Subject:** | O'Hara v. City of New York, docket no. 17-cv-4766 |
| **Attachments:** | Executed Privilege Log for original disclosures.pdf |

Ms. Fisch,

I hope this email finds you well.  Pursuant to our conversation, attached please find the privilege log for my Office's original 718 page disclosure.

As we discussed, we are awaiting your revised, targeted, subpoena.

Have a nice weekend.

George,

**George Forbes, Esq.**
F.O.I.L. Unit Chief
Kings County District Attorney's Office
350 Jay Street
Brooklyn, NY 11201
Tel: (718) 250-5279 | Fax: (718) 250-1362



1