Exhibit M

**KINGS COUNTY DISTRICT ATTORNEY'S OFFICE'S PRIVILEGE LOG AS TO REDACTED AND WITHELD DOCUMENTS RESPONSIVE TO COURT ORDERED SUBPOENA**
**(People v. John K. O'Hara, Indictment No. 13525/1996)**
**<u>O'Hara v. City of New York, et al.</u>**
**<u>E.D.N.Y. docket no. 17-cv-4766</u>**

<u>**SPECIFIC REDACTION:**</u>

| Bates Nos. | Date | Type of Document | General Subject Matter of Redacted Document or the Information Redacted | Reason for Withholding/Redacting |
|---|---|---|---|---|
| Bates KCDA001163-KCDA001167 | Unknown | KCDA Conviction Review Unit ("CRU") Memorandum | KCDA CRU's Legal Analysis of New York State Law and Information Regarding Grand Jury Materials | Draft Documents, Notes, and/or Legal Opinions or Analyses of KCDA Staff were Redacted. Reason for Redaction: Deliberative Process Privilege; Attorney Work-Product Information regarding Grand Jury Proceedings was Redacted. Reason for Redaction: Grand Jury Information is Secret Pursuant to C.P.L. § 190.25 (4) and P.L. § 215.70 |
| Bates KCDA001168-KCDA001170 | Unknown | KCDA CRU Memorandum | KCDA CRU's Legal Analysis | Draft Documents, Notes, and/or Legal Opinions or Analyses of KCDA Staff were Redacted. Reason for Redaction: Deliberative Process Privilege; Attorney Work-Product |

| Bate KCDA001173 | Unknown | KCDA CRU Memorandum | Information Regarding John Keefe Prior Criminal Conviction | Information Regarding Sealed Cases was Redacted. Reasons for Redaction: Privacy Interests; Public Interest Privilege; Law Enforcement Privilege; Cases are Sealed Pursuant to C.P.L. §§ 160.50 and/or 160.55 |
|---|---|---|---|---|
| Bate KCDA001174 | Unknown | KCDA CRU Memorandum | Information Regarding Grand Jury Proceedings | Information regarding Grand Jury Proceedings was Redacted. Reason for Redaction: Grand Jury Information is Secret Pursuant to C.P.L. § 190.25 (4) and P.L. § 215.70 |
| Bate KCDA001175 | Unknown | KCDA CRU Memorandum | KCDA CRU's Legal Analysis of the Criminal and Civil Investigation and Information Regarding Grand Jury Proceedings | Draft Documents, Notes, and/or Legal Opinions or Analyses of KCDA Staff were Redacted. Reason for Redaction: Deliberative Process Privilege; Attorney Work-Product Information regarding Grand Jury Proceedings was Redacted. Reason for Redaction: Grand Jury Information is Secret Pursuant to C.P.L. § 190.25 (4) and P.L. § 215.70 |
| Bate KCDA001176 | Unknown | KCDA CRU Memorandum | KCDA CRU's Legal Analysis of the Relevancy of Evidence | Draft Documents, Notes, and/or Legal Opinions or Analyses of KCDA Staff were Redacted. Reason for Redaction: Deliberative Process Privilege; Attorney Work-Product |

| Bates KCDA001183-001189 | Unknown | CRU Memorandum | KCDA CRU's Legal Opinion on Weight and Sufficiency of the Evidence, Conclusion and Recommendation and Information Regarding the Grand Jury | Draft Documents, Notes, and/or Legal Opinions or Analyses of KCDA Staff were Redacted. Reason for Redaction: Deliberative Process Privilege; Attorney Work-Product Information regarding Grand Jury Proceedings was Redacted. Reason for Redaction: Grand Jury Information is Secret Pursuant to C.P.L. § 190.25 (4) and P.L. § 215.70 |
|---|---|---|---|---|
| Bates KCDA001222-001224 | Withheld | Grand Jury Affirmation | Information Regarding Grand Jury Proceedings | Information regarding Grand Jury Proceedings was Withheld. Reason for Withholding: Grand Jury Information is Secret Pursuant to C.P.L. § 190.25 (4) and P.L. § 215.70 |