UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN O'HARA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF NEW YORK, PATRICIA L. HYNES, as Administrator of the Estate of Charles J. Hynes, ADA JOHN P. O'MARA, ADA ANGELO M. MORELLI, ADA DINO AMOROSO, DET. INVESTIGATOR ALLEN PRESSER, ASSEMBLYMAN JAMES F. BRENNAN, JOHN W. CARROLL, ESQ., JOHN KEEFE and JEFFREY WAITE,<br><br>　　　　　　Defendants. | Docket No. 17-CV-4766 (ILG)(RML)<br><br>**AFFIRMATION OF SERVICE** |

Zachary Sider, of full age, affirms as follows:

1. I am an attorney-at-law in the State of New York and an Assistant District Attorney in the Kings County District Attorney's Office.

2. On April 9, 2024, a copy of the Kings County District Attorney's brief in opposition to Plaintiff's motion to compel, and the affirmation of Zachary Sider was via CM/ECF and regular mail to:

Dennis J. Kelly, Esq.
Kelly, Grossman, Kerrigan, LLP
1248 Montauk Highway
West Islip, NY 11795

Susan P. Scharfstein, Esq.
NYC Law Department
100 Church Street Room 6-119
New York, NY 10007

    I affirm, under penalty of perjury, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                 s/Zachary Sider
                                                                                Zachary Sider, Esq.

DATED: April 9, 2024