UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN O'HARA,

                Plaintiff,

   -against-                                    Case No. 17 Civ. 4766 (LDH)(RML)

The CITY OF NEW YORK, PATRICIA L. HYNES, as    **[PROPOSED]**
Administrator of the estate of Charles J. Hynes,    **SCHEDULING ORDER**
ASSISTANT DISTRICT ATTORNEY JOHN P.
O'MARA, ASSISTANT DISTRICT ATTORNEY DINO
AMOROSO, DISTRICT ATTORNEY INVESTIGATOR
ALLEN PRESSER, ASSEMBLYMAN JAMES F.
BRENNAN, JOHN W. CARROLL, JOHN KEEFE, and
JEFFREY WAITE,

                Defendants.
------------------------------------------------------------------X

       As discussed between the Court and counsel for all parties at the conference held at 10:00 a.m. on Tuesday, March 25, 2025, depositions in this matter shall take place on the following schedule:

- The deposition of **Plaintiff John O'Hara** shall take place over two days, on **April 24 and 25, 2025**. Each day of Plaintiff's deposition, and all other depositions, shall consist of one day of seven hours of testimony. See Fed. R. Civ. P. 30(d)(1).

- The deposition of **Defendant John O'Mara** shall take place between **May 5 and May 7, 2025**, inclusive.

- The deposition of **Defendant James Brennan** shall take place between **May 21 and May 23, 2025**, inclusive.

- Plaintiff shall issue subpoenas scheduling **nonparty depositions of Assemblymember Robert Carroll and ADA John C. Carroll** for dates between **May 8 and 9 and May 19 and 20**, inclusive.

- The deposition of **Defendant Jeffrey Wait** shall take place between **June 4 and June 10, 2025**, inclusive.

- The deposition of **Defendant John Keefe** shall take place between **June 12 and June 18, 2025**, inclusive.

- The deposition of **Defendant John Carroll** shall take place between **June 23 and 27, 2025**, inclusive.

- The deposition of the **Estate of Charles Hynes** shall take place between **July 17 and July 24, 2025**, inclusive.

- The deposition of **Defendant Dino Amoroso** shall take place between **July 23 and July 31, 2025,** inclusive.

Plaintiff's deposition shall take place in-person at the Offices of Hinman, Howard & Kattell, LLP, 1025 Westchester Avenue, White Plains, New York. The depositions of the Florida-based defendants (Keefe, O'Mara, and Patricia Hynes on behalf of the Estate of Charles Hynes) shall be conducted virtually.  The deposition of Defendant Wait shall take place in-person at the Office of the Attorney General in Albany, New York.  All other depositions of defendants shall be conducted in-person at the offices of the counsel for said defendants.

This schedule may be modified only by agreement in writing among all parties or by further order of the Court.

SO ORDERED.

Dated:   Brooklyn, New York
       March ___, 2025               _____
                                                 The Honorable Robert M. Levy
                                                 United States Magistrate Judge