

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Corporation Counsel*

JOHN SCHEMITSCH
*Special Federal Litigation Division*
*212-356-3539*
*jschemit@law.nyc.gov*

October 23, 2025

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>O'Hara v. City of New York, et al.</u>, 17-cv-04766 (ILG) (RML)

Dear Magistrate Judge Levy:

  I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for defendants City of New York, Patricia L. Hynes, as administrator of the estate of Charles J. Hynes, John P. O'Mara, Dino Amoroso, and Allen Presser in the above-referenced matter. Defendants write to respectfully request a final one week extension of time from October 23, 2025 to October 30, 2025 for City defendants and plaintiff to provide a joint letter to the Court regarding any disputes and updates as to plaintiff's requested <u>Monell</u> discovery as against defendant City of New York. Plaintiff consents to this request. Defendants do not anticipate that this extension would impact the deadline for the completion of fact discovery, however if it should, defendants will request an appropriate extension of time.

  Thank you for your consideration herein.

            Respectfully submitted,

            */s/ John Schemitsch*

            John Schemitsch

cc: Counsel of record *(by ECF)*