# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW
GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

November 21, 2025

**BY ECF**
Honorable Magistrate Judge Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *O'Hara v. City of New York, et. al.,* 17-cv-4766 (LDH/RML)

Dear Judge Levy:

     Yesterday, November 20, 2025, Plaintiff submitted a motion to amend the complaint with an attached copy of the proposed amended complaint.  We are now submitting a redlined version of the complaint (attached to this letter).  The purpose of this letter is to provide the Court and the Parties with a description of the substantive changes between the first complaint and the amended complaint.  The substantive modifications are as follows.

- The defendants were updated to reflect the defendants who have been removed from the case and to reflect that the Estate of Charles Hynes has replaced Charles Hynes as a defendant.

- The claims which were dismissed pursuant to 12(b)(6) litigation have been removed.

- Paragraph 181 in the amended complaint was updated to reflect Dino Amoroso and Amy Feinstein's awareness of ADA O'Mara's witness tampering.

- Paragraphs 234-257 of the amended complaint were updated to reflect the scope of the amended *Monell* claims.

- Claims 4 and 5 (paragraphs 299-313) of the amended complaint are the updated *Monell* claims.

     Thank you for your consideration.

Respectfully,

Glenn Garber and Alex Garber
Attorneys for John O'Hara.

# GLENN A. GARBER, P.C.
ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

cc: All counsel by email and ECF