

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**QIANA SMITH-WILLIAMS**
(212) 356-3500
Fax: (212) 356-3509
qwilliam@law.nyc.gov

November 25, 2025

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    O'Hara v. City of New York, et al.
                  17-CV-4766 (LDH)(RML)

Your Honor:

      I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for defendants City of New York, Patricia L. Hynes, as administrator of the estate of Charles J. Hynes, John P. O'Mara, Dino Amoroso, and Allen Presser ("City Defendants") in the above-referenced matter. City Defendants write to respectfully request (1) an enlargement of time to show cause why the complaint herein should not be amended from December 2, 2025 until December 12, 2025; and (2) that City Defendants' opposition to plaintiff's motion for Monell discovery be held in abeyance pending resolution of plaintiff's motion to amend the complaint. New York State defendants consent to this application; plaintiff does not consent.[1]

      As Your Honor is aware, the parties attended a conference on November 13, 2025 pertaining to a dispute over the scope of Monell discovery. At that time, the Court instructed plaintiff to file a short brief on the issue by November 20, 2025; defendants to respond by November 27, 2025;[2] and plaintiff to submit a one-page reply by December 4, 2025. Plaintiff filed his letter regarding discovery on November 20, 2025 as ordered. However, on that same day, plaintiff also filed a motion to amend the complaint, attempting to expand the Monell claims, presumably in an effort to

---

[1] As of the time of this writing, the undersigned had not received defendant John Carroll's position on these requests.

[2] In setting the dates for the briefing schedule, it appears that the parties failed to alert the Court that November 27th is Thanksgiving.

support the otherwise irrelevant discovery that he is seeking. Today, Your Honor ordered City Defendants to show cause why the motion to amend the complaint should not be granted by Tuesday, December 2, 2025.

There are a number of reasons why City Defendants need an enlargement of time to oppose plaintiff's request to amend the complaint. As an initial matter, the previous Assistant Corporation Counsel handling this matter, John Schemitsch, resigned from this office as of last week. As such, this matter was just reassigned this week. While it can be expected that incoming counsel typically requires some time to review and digest a case file in even the most straightforward cases, here, that need is amplified by the long eight-year history of this litigation. The undersigned also notes the upcoming Thanksgiving holiday. In light of the expansive record in this matter that needs to be reviewed before City Defendants can comprehensively oppose plaintiff's motion to amend, the undersigned submits that a brief ten-day extension of time to address plaintiff's motion is not unreasonable. Nor will plaintiff suffer any prejudice if Your Honor is inclined to grant this request.

Regarding plaintiff's pending motion for Monell discovery, the purpose of plaintiff's motion to amend the complaint is to expand the scope of the Monell claims such that he has a basis to pursue the overly expansive discovery he is currently seeking. That said, City Defendants cannot fully respond to the request for Monell discovery without knowing what the contours of the Monell claims are.

Accordingly, City Defendants respectfully request a ten-day extension of time until December 12, 2025 to show cause why the motion to amend the complaint should not be granted, and that their time to respond to plaintiff's motion for Monell discovery be held in abeyance pending resolution of the motion to amend.

Thank you for your consideration herein.

Respectfully submitted,

*Qiana Smith-Williams*

Qiana Smith-Williams

cc:   All Counsel of Record (Via ECF)