# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370  FAX: 212-965-9375
WWW.GLENNGARBER.COM

November 26, 2025

**BY ECF**
Honorable Magistrate Judge Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *O'Hara v. City of New York, et. al.,* 17-cv-4766 (LDH/RML)

Dear Judge Levy:

    We write to clarify our position on the City's November 25, 2025 letter request for an enlargement of time to show cause as to why our motion for an amended complaint should be denied and to stay discovery (DE 185).

    We normally extend courtesies with consent for extensions but as explained to new counsel by phone, our main *Monell* demand was made in August and there is pressure to complete discovery by the end of January 2026.

    In addition, litigation over an amended complaint does not require a stay of discovery, as our demands are appropriate without the formality of an amended complaint. As we contend (see DE 182), our *Monell* discovery demands are in line with our reading of the initial complaint, and liberal discovery rules, especially with the notice we provided to the City in August of on our intended areas of deposition inquiries.[1]

    That being said, we are mindful of the Holiday this week, the demands the new assignment has placed on new counsel, and the consent of the State Defendants (a party that has been pushing hard to complete discovery as soon as possible). We therefore rescind our objection to the City's request for a 10-day extension to show cause, but with the caveat that the discovery deadline be extended to account for the delays associated with the amended complaint litigation. We also request that the City respond to our letter regarding the scope of discovery for the initial complaint (DE 182) as ordered by the Court (Minute Entry, November 13, 2025).[2]

    Thank you for your consideration.

---

[1] The amended complaint also raises a *Monell* ratification theory that stems from recent discoveries, which is separate from scope dispute.

[2] We alert the Court and the parties to an error in the proposed amended complaint. We mistakenly removed Defendant Allen Presser from the caption and parties' section of the complaint. Since no action has yet been taken on the amended complaint, we do not see any prejudice to us making the correction and will do so forthwith.

1

# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

Respectfully,

Glenn Garber and Alex Garber
Attorneys for John O'Hara.

cc: All counsel by email and ECF