

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
(212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

January 6, 2026

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    O'Hara v. City of New York, et al.
                 17-CV-4766 (LDH)(RML)

Your Honor:

      I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for defendants City of New York, Patricia L. Hynes, as administrator of the estate of Charles J. Hynes, John P. O'Mara, Dino Amoroso, and Allen Presser ("City Defendants") in the above-referenced matter. City Defendants write to respectfully request an enlargement of time to respond to plaintiff's December 23, 2025 letter regarding the burden of conducting certain *Monell* discovery from today, January 6, 2026 until January 13, 2026. Counsel for all parties consent to this application.

      As Your honor is aware, the parties attended a conference on December 17, 2025 pertaining to plaintiff's motion to amend his Complaint in order to expand his *Monell* claim. Thereat, the parties discussed the burden faced by the City Defendants in discovery should plaintiff be permitted to amend. The Court instructed plaintiff to file a letter on December 23, 2025 regarding specifically what he seeks and the burden he believed would exist in producing those documents. The City agreed to file a response by January 6, 2026. In order to gather information to properly respond to plaintiff's letter, defense counsel has been conferring internally regarding the documents sought by plaintiff. However, many people have been on vacation during this time, which covered the weeks of Christmas and New Years. Counsel requires this additional week in order to continue these conferrals.

Accordingly, City Defendants respectfully request a one week extension of time until January 13, 2026 to respond to plaintiff's December 23, 2025 letter.

Thank you for your consideration herein.

Respectfully submitted,

*Elissa B. Jacobs*
Elissa B. Jacobs

cc: All Counsel of Record (Via ECF)