

**HH&K**

Hinman, Howard & Kattell LLP

ATTORNEYS

1025 Westchester Avenue | Suite 301 | White Plains NY  10604 | www.hhk.com

JACOB B. SHER
Special Counsel
P: (914) 694-4102
F: (914) 694-4510

February 27, 2026

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

  Re: O'Hara v. The City of New York, *et al*
    Docket No.: 17-CV-4766 (LDH/RML)

Dear Judge Hall:

I am one of Mr. O'Hara's attorneys of record. This case continues in the discovery phase, with a Motion to Amend the Complaint pending before the Court.

Pursuant to Local Civil Rule of Procedure 1.4, the undersigned respectfully moves to withdraw as counsel of record for plaintiff John O'Hara, effective immediately. The reason for this application is an agreement between the undersigned and co-Counsel, Jeffrey Deskovic. This application is made with the knowledge and consent of plaintiff, John O'Hara, and my co-counsel, Jeffrey Deskovic and Glenn Andrew Garber and Alexander Garber.

I am requesting a charging lien on the file.

     Very truly yours,

     HINMAN, HOWARD & KATTELL, LLP

     By:
       Jacob B. Sher
       Special Counsel

JBS/jbs

cc: All counsel of record via ECF and Mr. John O'Hara via e-mail